UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES C. CRABTREE,

    Defendant.

Case No. 2:05-CR-00129 (1)
JUDGE EDMUND A. SARGUS, JR.

## ORDER

This matter came before the Court for a hearing on Defendant's Motion to Terminate Supervision. (ECF No. 60.) For the reasons discussed at the hearing, Defendant's Motion is **DENIED**. Defendant may file another Motion for Termination in six months at which time the Court will be open to revisiting the issue.

**IT IS SO ORDERED.**

\_\_4-19-2013\_\_
**DATE**

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE